UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| MILLER CONSTRUCTION EQUIPMENT SALES, INC., ) ) ) Plaintiff, ) ) v. ) ) CLARK EQUIPMENT COMPANY d/b/a ) DOOSAN INFRACORE CONSTRUCTION ) EQUIPMENT AMERICA, ) ) Defendant. ) | Case No. MC415-013 |

## ORDER

The Court having reviewed and considered the petition of Michael J. Lockerby of the law firm of Foley & Lardner LLP, 3000 K Street, N.W., Suite 600, Washington, D.C. 20007, for permission to appear pro hac vice on behalf of defendant Clark Equipment Company d/b/a Doosan Infracore Construction Equipment America, in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Michael J. Lockerby, as counsel of record for defendant Clark Equipment Company d/b/a Doosan Infracore Construction Equipment America, in this case.

**SO ORDERED** this __22nd__ day of September, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA